UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alejandro Ortiz Cruz

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR-92 (LMS)( )( )

Defendant ___Alejandro Ortiz Cruz___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

/s/ Alejandro Ortiz Cruz, signed by USMJ Smith with permission of the defendant obtained via telephone
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Alejandro Ortiz Cruz
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jason Ser
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/1/2020
_____
Date

_____
Lisa Margaret Smith
United States Magistrate Judge